**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**


RACHIDE MAVINGIDI INTILA,

    Petitioner,

    v.                                          No. 2:26-cv-00336-SMD-GBW

DORA CASTRO, *et al.*,

    Respondents.

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**<u>PROPOSED FINDINGS AND RECOMMENDED DISPOSITION</u>**

Chief United States Magistrate Judge Gregory B. Wormuth filed his Proposed Findings and Recommended Disposition ("PFRD") on April 20, 2026, regarding Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) and Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus (Doc. 7). Doc. 10. The PFRD notified the parties of their ability to file objections within 14 days and that failure to do so waived appellate review. *Id.* at 10.

On June 15, 2026, Petitioner filed a Motion to Update the Court and Request for Immediate Release Pending Motion to Reopen. Doc. 13. Through that motion, Petitioner notified the Court that a Motion to Reopen is currently pending before the Board of Immigration Appeals ("BIA"). However, this pending BIA motion does not alter or address the lawfulness of Petitioner's detention, which is the sole focus of this habeas proceeding. *See* Doc. 10 at 3–4. As a result, this update does not affect how the Court should proceed with the current case.

**IT IS HEREBY ORDERED AS FOLLOWS**:

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 10) are ADOPTED;

2.     Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus (Doc. 7) is GRANTED;

3.   Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

 

 

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**

2